IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ABIGAL BRASS

v.    NO. 11-CV-1611

NCO FINANCIAL SYSTEMS, INC.

JUDGMENT

FILED
MAY -2 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BEFORE JONES, J.

AND NOW, to wit, this 2nd day of May, 2011, it is ORDERED that in accordance with the Acceptance of Offer and entry of Judgment filed by Plaintiff, Judgment is entered in favor of Plaintiff and against Defendant in the sum of $1,000.00, including reasonable attorney's fees and costs accrued.

BY THE COURT:

ATTEST:

*Richard Sabel*
Deputy Clerk

judg