IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ABIGAL BRASS,                                    :
    Plaintiff
                                                                          CIVIL ACTION
V.                                                       :       NO. 11-1611

NCO FINANCIAL SYSTEMS, INC.,
    Defendant.                                  :

**ORDER**

AND NOW, this 31ˢᵗ day of August, 2011, upon consideration of Plaintiff's Petition for Attorney's Fees (Doc. No. 6), Defendant's Response thereto (Doc. No. 7), and the Report and Recommendation of U.S. Magistrate Judge Lynne A. Sitarski regarding same (Doc. No. 9),[1] it is ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. Plaintiff's Petition for Attorney's Fees is GRANTED IN PART and DENIED IN PART, to the extent that the originally-requested amount of $5,096.50 is hereby reduced to $2,457.20; and

3. The Clerk shall close this case for all purposes, including statistics.

BY THE COURT:

/s/ C. Darnell Jones, II     J.

---

[1] No Objections to the Report and Recommendation have been filed.